UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

26CR130 LMP/DTS

**INDICTMENT**

Plaintiff,

v.

ELIJAH ADAM HAYES,

Defendant.

18 U.S.C. § 2251(a)
18 U.S.C. § 2251(e)
18 U.S.C. § 2253
21 U.S.C. § 853(p)

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Production of Child Pornography)

On or about July 24, 2025, in the State and District of Minnesota, and elsewhere, the defendant,

**ELIJAH ADAM HAYES,**

did knowingly employ, use, persuade, induce, entice, and coerce a known minor, Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: an image that depicts the lascivious exhibition of Minor Victim 1's genitals, and which Minor Victim 1 sent via text message from their cellular telephone to HAYES'S cellular telephone at HAYES'S request, with HAYES knowing and having reason to know that such visual depiction would be transported in and affecting

LT SCANNED

JUL -9 2026

U.S. DISTRICT COURT MPLS

United States v. Elijah Adam Hayes

interstate and foreign commerce, namely interstate wires; all in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT 2
### (Production of Child Pornography)

From on or about May 2, 2025 through on or about May 8, 2025, in the State and District of Minnesota, and elsewhere, the defendant,

**ELIJAH ADAM HAYES,**

did knowingly employ, use, persuade, induce, entice, and coerce a known minor, Minor Victim 2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: an approximately 7-second video of Minor Victim 2 engaged in sexually explicit conduct (namely, masturbation), and which Minor Victim 2 sent via text message from their cellular telephone to HAYES'S cellular telephone at HAYES'S request, with HAYES knowing and having reason to know that such visual depiction would be transported in and affecting interstate and foreign commerce, namely interstate wires; all in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## FORFEITURE ALLEGATIONS

All Counts of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253(a).

2

United States v. Elijah Adam Hayes

Upon conviction of Count 1 or 2, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a):

(1)  any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, data disc, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110, United States Code;

(2)  any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses;

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property, including, but not limited to:

    a. a black iPhone;

    b. a pink Turtle Beach thumb drive in white Xbox "S";

    c. a white Xbox "S" with controller, power cord, and 1TB storage bearing serial number: 042597215217;

    d. an XBox "1" with power cord bearing serial number: 053808444448;

    e. a WD Hard Drive My Book connected to XBox "S" with power cord bearing serial number: WCC4E1TC784P;

United States v. Elijah Adam Hayes

f. a Lenovo 300E Laptop with power supply bearing serial number: P204C48X; and

g. a Samsung TV bearing serial number: 09M63CCR500354W.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL

_____              _____
UNITED STATES ATTORNEY              FOREPERSON

4